912

No. 1504, Misc. PLETCHER v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1505, Misc. KUK v. WARDEN, NEVADA STATE PRISON. Sup. Ct. Nev. Certiorari denied.

No. 1507, Misc. RODRIGUEZ v. DUNBAR, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1508, Misc. HAINES v. FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1509, Misc. BELTOWSKI v. LARSON, JUDGE. C. A. 8th Cir. Certiorari denied.

No. 1511, Misc. CROSBY v. BRIERLEY, COUNTY SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1513, Misc. SEITERLE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Earl Klein* for petitioner.

No. 1518, Misc. HARDEMAN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Melvin M. Belli* for petitioner.

No. 1536, Misc. CHROMIAK v. FIELD, STATE INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1519, Misc. OVERSTREET v. SOUTHERN RAILWAY Co. C. A. 5th Cir. Certiorari denied. *W. S. Murphy* for petitioner. *Charles A. Horsky* and *M. M. Roberts* for respondent.